No. 1678, Misc., October Term, 1966. SKOLNICK *v.* CUMMINGS ET AL., 387 U. S. 928;

No. 1742, Misc., October Term, 1966. LADD *v.* SUPERIOR COURT OF THE COUNTY OF LOS ANGELES, 388 U. S. 921; and

No. 1766, Misc. October Term, 1966. MCKINNEY *v.* WILSON, WARDEN, ET AL., 388 U. S. 903. Petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.

No. 8, October Term, 1966. CHICAGO & NORTH WESTERN RAILWAY CO. ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL.; and

No. 23, October Term, 1966. UNITED STATES ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL., 387 U. S. 326. Motion of Atchison, Topeka & Santa Fe Railway Co. et al. for leave to file supplement to petition granted. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.

No. 216, October Term, 1966. NATIONAL LABOR RELATIONS BOARD *v.* ALLIS-CHALMERS MANUFACTURING CO. ET AL., 388 U. S. 175. Motion of Aerojet-General Corp. for leave to file brief, as *amicus curiae,* in support of petition granted. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Roderick M. Hills, Norbert A. Schlei* and *James N. Adler* on the motion.

No. 993, October Term, 1966. ' TANNENBAUM *v.* NEW YORK, 388 U. S. 439. Motion of New York Civil Liberties Union for leave to file brief, as *amicus curiae,* in support of petition for rehearing, granted. Rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Marvin M. Karpatkin* on the motion.